[No. 25263-5-II.   Division Two.   June 2, 2000.]

DENNIS MICKEY, ET AL., *Appellants*, v. PIERCE COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-09172-5, Grant L. Anderson, J., entered May 12, 1999. *Reversed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 24106-4-II.   Division Two.   June 2, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY K. SHORT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-01065-5, M. Karlynn Haberly, J., entered December 4, 1998. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Hunt, JJ.

[No. 24456-0-II.   Division Two.   June 2, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTORIA JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02795-1, Bryan Edward Chushcoff, J., entered February 11, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.